B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Taylor K Repine**

                                                    Debtor

Case No. **22-10631**

Address    **2003 Naamans Creek Road
Boothwyn, PA 19061**

Chapter **13**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)..(if any):    **xxx-xx-4455**
Employer's Tax Identification (EIN) No(s). (if any):

## NOTICE OF MOTION TO EXTEND AUTOMATIC STAY

**Debtor, Taylor K. Repine** has filed papers with the court to extend the Automatic Stay..

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to extend the Automatic Stay, or if you want the court to consider your views on the motion, then on or before **April 5, 2022**, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response, an answer, explaining your position*} at:

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Michael T, Malarick, Esquire
2211 Chichester Avenue, Suite 201
Boothwyn, PA 19061

[Attend the hearing to be scheduled to be held on **April 19 , 2022** , at **10:30**a.m. in Courtroom **2**, United States Bankruptcy Court, 900 Market Street, Philadelphia,PA 19107.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date  **March 24, 2022**                    Signature  **/s/ Michael T. Malarick, Esq**
                                            Name       **Michael T. Malarick, Esq 49544 PA**
                                            Address    **Michael T. Malarick, Esq. PC**
                                                       **2211 Chichester Avenue**
                                                       **Boothwyn, PA 19061**