UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:  Taylor K. Repine,                                          :   Case No: 22-10631
                            Debtor                                 :   Chapter 13


CERTIFICATION OF SERVICE

    I, Michael T. Malarick, Esquire, attorney for Debtor, Taylor K. Repine, hereby certify that true and
correct copies of the foregoing Motion To Extend Automatic Stay, have been served on the following
parties and in the manner so indicated on March 24, 2022:

VIA ECF SERVICE
Office of the United States Trustee                    Kenneth E. West, Trustee
833 Chestnut Street, Suite 500                         1234 Market Street, Suite 1813
Philadelphia, PA 19107                                 Philadelphia, PA 19107
                                                       ecfemails@ph13trustee.com


Date: 03/24/2022                        By:
                                               Michael T. Malarick, Esquire
                                               Attorney for Debtor


UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA