UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Taylor K. Repine ,
          Debtor

: Case No: 21-10631
: Chapter 13

### ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Debtor's Motion to Impose Automatic Stay, and any response thereto, it is hereby ORDERED and DECREED that Debtor's Motion to impose Automatic Stay is GRANTED.

BY THE COURT:

_____
Magdeline D. Coleman,
UNITED STATES BANKRUPTCY JUDGE