## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    __Taylor K Repine_____

                 Debtor(s)

Case No.   __22-10631_____

Chapter    __13_____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   _____

/s/ Taylor K Repine _____
Taylor K Repine
Signature of Debtor

Acima Credit
9815 South Monroe Street
4th Floor
Sandy, UT 84070


Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438


Charles Schilio
2003 Naamans Creek Road
Marcus Hook, PA 19061


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193


First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


Kikoff Lending Llc
Attn: Bankruptcy
75 Broadway Suite 226
San Francisco, CA 94111


KML Law Group
701 Market Street
Suite 5000
Attn: Rebecca Solarz, Esquire
Philadelphia, PA 19106


Nationstar/Mr. Cooper
Attn: Bankruptcy
PO Box 619098
Dallas, TX 75261

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Sterling Jewelers, Inc.
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309


Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025