UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Taylor K. Repine, : Case No: 21-10631
Debtor : Chapter 13

ORDER

AND NOW, this ___6th___ day of ___May___ 2022, upon consideration of Debtor's Motion to Impose Automatic Stay, and any response thereto, it is hereby ORDERED and DECREED that Debtor's Motion to impose Automatic Stay is GRANTED.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE