United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10631-mdc
Taylor K. Repine | Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 06, 2022 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor K. Repine, 2003 Naamans Creek Road, Boothwyn, PA 19061-3343 |
| 14686360 | + | Charles Schilio, 2003 Naamans Creek Road, Marcus Hook, PA 19061-3343 |
| 14686364 |   | KML Law Group 701 Market Street, Suite 5000, Attn: Rebecca Solarz, Esquire, Philadelphia , PA 19106 |
| 14678874 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o KML Law Group, PC, 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14678756 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14676153 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14676154 | + | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 06 2022 23:33:33 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14676146 | + | Email/Text: bankruptcy@acimacredit.com | May 06 2022 23:31:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14676147 | + | Email/Text: ally@ebn.phinsolutions.com | May 06 2022 23:31:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14683042 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 06 2022 23:33:44 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14676148 | + | Email/PDF: creditonebknotifications@resurgent.com | May 06 2022 23:33:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14676149 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 06 2022 23:33:39 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14676150 | + | Email/Text: bankruptcy@kikoff.com | May 06 2022 23:31:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14676151 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2022 23:31:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14686365 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2022 23:31:00 | Nationstar/Mr. Cooper, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 14676152 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2022 23:33:45 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14676153 | ^ | MEBN | May 06 2022 23:27:25 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |

TOTAL: 11

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 06, 2022 | Form ID: pdf900 | Total Noticed: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14686358 | *+ | Acima Credit, 9815 South Monroe Street 4th Floor, Sandy, UT 84070-4384 |
| 14686359 | *+ | Ally Financial, Attn: Bankruptcy Po Box 380901, Bloomington, MN 55438-0901 |
| 14686361 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14686362 | *+ | First Premier Bank, Attn: Bankruptcy Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14686363 | *+ | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14686366 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk , VA 23502 |
| 14686367 | *+ | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14686368 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL T. MALARICK | on behalf of Debtor Taylor K. Repine michael@malaricklaw.com  t.mr70336@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Taylor K. Repine ,
Debtor

: Case No: 21-10631
: Chapter 13

ORDER

AND NOW, this _____6th_____ day of _____May_____ 2022, upon consideration of Debtor's Motion to Impose Automatic Stay, and any response thereto, it is hereby ORDERED and DECREED that Debtor's Motion to impose Automatic Stay is GRANTED.

BY THE COURT:

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE