# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 22-10631-MDC

TAYLOR K. REPINE

2003 NAAMANS CREEK ROAD

BOOTHWYN, PA 19061-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TAYLOR K. REPINE

    2003 NAAMANS CREEK ROAD

    BOOTHWYN, PA 19061-

Counsel for debtor(s), by electronic notice only.

    MICHAEL T. MALARICK  
    MICHAEL T. MALARICK ESQ PC  
    2211 CHICHESTER AVE   STE 201-B  
    BOOTHWYN, PA 19061-

Date: 5/27/2022

/S/ Kenneth E. West  
_____  
Kenneth E. West, Esquire  
Chapter 13 Standing Trustee