# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Taylor K. Repine<br>　　　　　Debtor<br>　　and<br><br>　　　Charles Schiliro<br>　　　　　Codebtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee<br>　　　　　Movant<br>　　vs.<br><br>Kenneth E. West, Trustee<br>Taylor K. Repine<br>Charles Schiliro<br>　　　　　Respondent(s) | Chapter 13<br>Bankruptcy No. 22-10631-mdc |

## CERTIFICATION OF SERVICE OF MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Marisa Myers Cohen, attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby certify that I served a true and correct copy of the foregoing Motion for in rem Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: July 12, 2022

| | | |
|---|---|---|
| Taylor K. Repine<br>2003 Naamans Creek Road<br>Boothwyn, Pennsylvania 19061<br><br>Charles Schiliro<br>2003 Naamans Creek Road<br>Upper Chichester, PA 19061<br>Co-Debtor | Michael T. Malarick<br>Michael T. Malarick, Esq. PC<br>2211 Chichester Ave.<br>Suite 201-B<br>Boothwyn, Pennsylvania 19061<br>Attorney for Debtor | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, Pennsylvania 19107<br>Trustee |

/s/ Marisa Myers Cohen
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com