# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Taylor K Repine**

Debtor(s)

Case No. **22-10631**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 25, 2022**, a copy of **Debtor's Response to Nationstar's In Rem Motion for Relief from Stay** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Nationstar/Mr. Cooper
c/o: Marisa Myers Cohen
F: 215-790-1274
Email: ecfmail@mwc-law.com

Kenneth E. West, Ch. 13 Standing Trustee
F: 215-627-6299
Email: mdc@ph13trustee.com

/s/ Michael T. Malarick, Esq
Michael T. Malarick, Esq
Michael T. Malarick, Esq. PC
2211 Chichester Avenue
Boothwyn, PA 19061
610-715-9960 Fax:610-561-5967
michael@malaricklaw.com