# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Taylor K. Repine<br>              Debtor<br>       and<br><br>      Charles Schiliro<br>              Co-Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper , or its Successor or Assignee<br>              Movant<br>       vs.<br><br>Kenneth E. West, Trustee<br>Taylor K. Repine<br>Charles Schiliro<br>              Respondents | Chapter 13<br>Bankruptcy No. 22-10631-mdc |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

August 30, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE