United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-10631-mdc
Taylor K. Repine Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Aug 31, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor K. Repine, 2003 Naamans Creek Road, Boothwyn, PA 19061-3343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfmail@mwc-law.com mcohen@mwc-law.com |
| MICHAEL T. MALARICK | on behalf of Debtor Taylor K. Repine michael@malaricklaw.com t.mr70336@notify.bestcase.com |
| REBECCA ANN SOLARZ | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Taylor K. Repine<br>　　　　Debtor<br>　　and<br><br>Charles Schiliro<br>　　　　Co-Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper , or its Successor or Assignee<br>　　　　Movant<br>　　vs.<br><br>Kenneth E. West, Trustee<br>Taylor K. Repine<br>Charles Schiliro<br>　　　　Respondents | Chapter 13<br>Bankruptcy No. 22-10631-mdc |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

August 30, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE