# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

TAYLOR K. REPINE    Bankruptcy No. 22-10631-MDC

2003 NAAMANS CREEK ROAD

BOOTHWYN, PA 19061-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
TAYLOR K. REPINE

2003 NAAMANS CREEK ROAD

BOOTHWYN, PA 19061-

**Counsel for debtor(s), by electronic notice only.**
MICHAEL T. MALARICK
MICHAEL T. MALARICK ESQ PC
2211 CHICHESTER AVE   STE 201-B
BOOTHWYN, PA 19061-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 9/28/2022                                                                                           /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee