UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Taylor Repine**     : Chapter 13
                             :
         Debtor              : Bankruptcy No. 22-10631

### WITHDRAW OF APPEARANCE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw my appearance regarding the above referenced debtor.

Michael T. Malarick, Esquire
Michael T. Malarick, Esq P.C.
2211 Chichester Ave, Ste 201
Boothwyn, PA 19061
610-859-3700
michael@malaricklaw.com

### ENTRY OF APPEARANCE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly enter my appearance regarding the above referenced debtor.

/s/ Jeanne Marie Cella, Esquire
Jeanne Marie Cella, Esquire
Jeanne Marie Cella and Associates, LLC
215 N Olive St, Ste 101
Media, PA 19063
610-505-0541
paralegal@lawjmc.com