**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Taylor Repine | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 22-10631 |
| | : | |

# ORDER FOR EXPEDITED HEARING ON MOTION TO REINSTATE CHAPTER 13 CASE

AND NOW, this 14th day of November 2022, upon consideration of Debtor's Motion for Expedited Hearing on Motion to Vacate Order of Dismissal and Reinstate Chapter 13 and Respondent's response, if any, it is hereby ORDERED that:

1. Debtor's Motion is GRANTED.

2. An expedited hearing on the Motion to Reconsider and Reinstate has been scheduled for 17th day of November 2022, at 11:30 a.m.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge