**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Taylor Repine | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 22-10631 |
| | : | |

### ORDER VACATING DISMISSAL AND REINSTATING CHAPTER 13 CASE

AND NOW, this  17th  day of  November  2022, upon consideration of Debtor's Motion to Vacate Order of Dismissal and Reinstate Chapter 13 and Respondent's response, if any, it is hereby ORDERED that Debtors' Motion is GRANTED.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge