United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Taylor K. Repine  
    Debtor

Case No. 22-10631-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 18, 2022      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor K. Repine, 2003 Naamans Creek Road, Boothwyn, PA 19061-3343 |
| 14686360 | + | Charles Schilio, 2003 Naamans Creek Road, Marcus Hook, PA 19061-3343 |
| 14686364 | | KML Law Group 701 Market Street, Suite 5000, Attn: Rebecca Solarz, Esquire, Philadelphia , PA 19106 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 19 2022 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14676146 | + | Email/Text: bankruptcy@acimacredit.com | Nov 19 2022 00:16:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14676147 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 19 2022 00:15:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14683042 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2022 00:22:13 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693142 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2022 00:22:22 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14676148 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2022 00:22:13 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14676149 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 19 2022 00:22:06 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14676150 | + | Email/Text: bankruptcy@kikoff.com | Nov 19 2022 00:15:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14676151 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 19 2022 00:15:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14678874 | ^ | MEBN | Nov 19 2022 00:10:39 | Nationstar Mortgage LLC, dba Mr. Cooper, c/o KML Law Group, PC, 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14678756 | ^ | MEBN | Nov 19 2022 00:10:38 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| 14692306 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 19 2022 00:15:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14686365 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 19 2022 00:15:00 | Nationstar/Mr. Cooper, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 14676152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:22:24 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14690583 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2022 00:16:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14676153 | ^ | MEBN | Nov 19 2022 00:10:17 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14676154 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 19 2022 00:15:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14691301 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2022 00:22:14 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14686358 | *+ | Acima Credit, 9815 South Monroe Street 4th Floor, Sandy, UT 84070-4384 |
| 14686359 | *+ | Ally Financial, Attn: Bankruptcy Po Box 380901, Bloomington, MN 55438-0901 |
| 14686361 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14686362 | *+ | First Premier Bank, Attn: Bankruptcy Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14686363 | *+ | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14686366 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk , VA 23502 |
| 14686367 | *+ | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14686368 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfmail@mwc-law.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: pdf900 | Total Noticed: 22 |

    bkecf@milsteadlaw.com

BRIAN CRAIG NICHOLAS

    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com
    bkgroup@kmllawgroup.com

JEANNE MARIE CELLA

    on behalf of Debtor Taylor K. Repine paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com

KENNETH E. WEST

    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN

    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfmail@mwc-law.com mcohen@mwc-law.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Taylor Repine | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 22-10631 |
| | : | |

## ORDER VACATING DISMISSAL AND REINSTATING CHAPTER 13 CASE

AND NOW, this 17th day of November 2022, upon consideration of Debtor's Motion to Vacate Order of Dismissal and Reinstate Chapter 13 and Respondent's response, if any, it is hereby ORDERED that Debtors' Motion is GRANTED.

BY THE COURT:

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge