# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Taylor K. Repine** | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO. **22-10631-mdc** |
| Debtor (s) | | |

## P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a Confirmation hearing on 12/22/2022 at 9:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: November 22, 2022

/s/LeeAne O. Huggins, Esquire
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105