Jeanne Marie Cella and Associates, LLC
]            ie Cella, Esquire
221 N Olive St
Media, PA 19063
Telephone: (610) 505-0541                                                    Attorneys for: Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Taylor Repine                        :    No. 22-10631
              Debtor        :
                                :    Chapter 13

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

To the Debtor's Employer:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$906.17 every two weeks.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated: November 28, 2022

<u>Make checks payable to:</u>
Kenneth E. West, Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101