United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-10631-mdc
Taylor K. Repine                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                User: admin                Page 1 of 2
Date Rcvd: Nov 28, 2022           Form ID: pdf900            Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor K. Repine, 2003 Naamans Creek Road, Boothwyn, PA 19061-3343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 29 2022 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2022 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:57:43 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022                      Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:

**Name**                  **Email Address**

ANDREW M. LUBIN

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | |
| | on behalf of Debtor Taylor K. Repine paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARISA MYERS COHEN | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfmail@mwc-law.com mcohen@mwc-law.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

Jeanne Marie Cella and Associates, LLC
]         ie Cella, Esquire
221 N Olive St
Media, PA 19063
Telephone: (610) 505-0541                       Attorneys for: Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Taylor Repine | : | No. 22-10631 |
| Debtor | : | |
| | : | Chapter 13 |

### ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

To the Debtor's Employer:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$906.17 every two weeks.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated: November 28, 2022

<u>Make checks payable to:</u>
Kenneth E. West, Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101