Jeanne Marie Cella and Associates, LLC
] ie Cella, Esquire
221 N Olive St
Media, PA 19063
Telephone: (610) 505-0541                                          Attorneys for: Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Taylor Repine                    :    No. 22-10631
        Debtor                 :
                               :    Chapter 13

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

To the Debtor's Employer:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the first wage order with Chadds Ford Collison is discontinued

IT IS FURTHER ORDERED that the new employer, Murphy Ford, of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order in the sum of

$454.91 every week.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

BY THE COURT:

_____
Magdeline D Coleman
Chief U.S. Bankruptcy Judge

Dated: January 19, 2023

<u>Make checks payable to:</u>
Kenneth E. West, Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101