### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Taylor K. Repine

                Debtor(s)

Nationstar Mortgage LLC d/b/a Mr. Cooper, its
successors and/or assigns

                Movant

       vs.

Taylor K. Repine

                Debtor(s)

Kenneth E. West

                Trustee

CHAPTER 13

NO. 22-10631 MDC

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **May 12, 2022, docket number 44**.

Respectfully submitted,

/s/ Brian C. Nicholas, Esq.

_____
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: February 13, 2023