UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Taylor K. Repine<br>             Debtor<br>        and<br><br>        Charles Schiliro<br>             Codebtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee<br>             Movant<br>        vs.<br><br>Kenneth E. West, Trustee<br>Taylor K. Repine<br>Charles Schiliro<br>             Respondent(s) | Chapter 13<br>Bankruptcy No. 22-10631-mdc |

## CERTIFICATE OF SERVICE

I, Marisa Myers Cohen, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certificate of Default and Proposed Order by first class mail, and/or electronic means.

Date Served: April 18, 2023

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, Pennsylvania 19107
Trustee

JEANNE MARIE CELLA
Jeanne Marie Cella and Associates LLC
221 N. Olive St
Media, Pennsylvania 19063
Attorney for Debtor

Taylor K. Repine
2003 Naamans Creek Road
Boothwyn, Pennsylvania 19061
Debtor

Charles Schiliro
2003 Naamans Creek Road
Upper Chichester, Pennsylvania 19061
Co-Debtor

/s/ Marisa Myers Cohen
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com