*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Taylor K. Repine
    Debtor(s)

Case No: 22−10631−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 5/16/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 4/24/23

For The Court

Timothy B. McGrath
Clerk of Court

119 − 118
Form 167