**Jeanne Marie Cella and Assoc, LLC**
**BY: Jeanne Marie Cella, Esquire**
**221 North Olive Street**
**Media, PA 19063**
**Telephone: (610) 505-0541**
**Facsimile:  (610) 566-4375**                                                    **Attorney for: Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Taylor Repine                                        : No. 22-10631

　　　　　　　Debtor                                   : Chapter 13

### PRAECIPE TO CONVERT THE CASE UNDER CHAPTER 7

Debtors, by counsel, respectfully represents:

1. This case was filed as Chapter 13 on March 15, 2022.

2. This case has not been previously converted.

3. Debtor is eligible to be converted under Chapter 7.

4. Debtor desires to convert to a case under Chapter 7 of 11 U.S.C.

WHEREFORE, debtor prays for relief under Chapter 7 of title 11 U.S.C. Section 1112(a).of the United States Code.

**JEANNE MARIE CELLA & ASSOC, LLC**

BY: */s/ Jeanne Marie Cella*
　　　Jeanne Marie Cella, Esquire
　　　Attorney for Debtor

Dated: March 5, 2024